# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Premier Global Production Company, Inc., | ) |
| | ) Case No. 3:11-cv-0996 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Brown |
| | ) |
| Megas Productions and Richard Howard, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Plaintiff has filed a Second Amended Motion for Default Judgment against Defendants (Docket Entry No. 28). The Clerk previously refused to grant default judgment on the grounds that Plaintiff's requested relief was not within the Clerk's authority to grant pursuant to Federal Rule of Civil Procedure 55(b)(1)(Docket Entry No. 25). The Plaintiff has modified the relief sought in the pending motion such that it is a sum certain and may be granted by the Clerk.

Accordingly, the Clerk hereby enters default judgment as requested in the amount of $396,697.00 against Defendants pursuant to Federal Rule of Civil Procedure 55(b)(1) for the reasons stated in Plaintiff's Memorandum in Support (Docket Entry No. 29) and as supported in the Declaration of Kevin Blevins, Business Manager of Premier Global Production Company, Inc. (Docket Entry No. 29-1).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court